*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff-Appellee,

v

JAMAR WALKER,

Defendant-Appellant.

UNPUBLISHED
February 19, 2019

No. 338889
Wayne Circuit Court
LC No. 16-002600-01-FC

Before: JANSEN, P.J., and BECKERING and O'BRIEN, JJ.

BECKERING, J. (*concurring*).

I concur in the result only.

/s/ Jane M. Beckering